Mark Frankel
Backenroth Frankel & Krinsky, LLP
800 Third Avenue, Floor 11
New York, New York  10022
(212) 593-1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                           Chapter 11

     Allied IV LLC,                                           Case No.  18-40884

                            Debtor.
---------------------------------------------------------x

## NOTICE OF ADJOURNMENT

PLEASE TAKE NOTICE, that all matters scheduled to be heard on May 22, 2020, have been adjourned to **July 2, 2020 at 10:30 a.m**.

Dated:  New York, New York
        May 21, 2020

                                        BACKENROTH FRANKEL & KRINSKY, LLP

                         By:     s/ Mark Frankel
                              800 Third Avenue
                              New York, New York  10022
                              (212) 593-1100